# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RONALD B. GRAY : | |
| Inmate No. X0257359, : | |
|     Plaintiff, : | CIVIL ACTION NO. |
| : | 1:14-CV-2530-WSD-JSA |
| v. : | |
| : | |
| STATE OF GEORGIA, : | |
|     Defendant. : | |

## MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

Plaintiff, an inmate at the DeKalb County Jail, sent a letter to the Court that the Clerk has docketed as a civil rights action pursuant to 42 U.S.C. § 1983. (Doc. 1). Plaintiff has neither paid the $350.00 filing fee and $50.00 administrative fee for a § 1983 action nor submitted a request to proceed *in forma pauperis*. Moreover, Plaintiff's claims appear to challenge his current confinement, which must be raised in a habeas corpus petition after exhausting state remedies. *See* 28 U.S.C. § 2254 (b)(1) (requiring exhaustion of state remedies as a prerequisite to habeas relief from state custody); *Preiser v. Rodriguez*, 411 U.S. 475, 487-90 (1973) (holding that habeas corpus is the exclusive remedy for a state prisoner who challenges the fact or duration of his confinement). Plaintiff, however, currently

has a habeas corpus action pending before the Court in Civil Action No. 1:14-CV-2298-WSD.

**IT IS RECOMMENDED** that the instant action [Doc. 1] be **ADMINISTRATIVELY CLOSED** and filed as an amendment in Civil Action No. 1:14-CV-2298-WSD.

The Clerk is **DIRECTED** to terminate the referral to the undersigned Magistrate Judge.

**IT IS SO RECOMMENDED** this 21st day of August, 2014.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE