IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RONALD GRAY,

      Plaintiff,

v.                                      1:14-cv-2530-WSD

STATE OF GEORGIA,

      Defendant.

## OPINION AND ORDER

This matter is before the Court on Magistrate Judge Justin S. Anand's Final Report and Recommendation ("R&R"), recommending that this action be Administratively Closed and filed as an Amendment in Civil Action No. 1:14-cv-2298-WSD.

On August 5, 2014, Plaintiff sent a letter to the Court, in which he informed the Court that he received erroneous information about his release date from the State Court of DeKalb County, Georgia. The Clerk docketed Plaintiff's letter as a civil rights action under 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee or submitted an application to proceed *in forma pauperis*. On August 21, 2014, the Magistrate Judge entered a Final R&R. The Magistrate Judge observed that Plaintiff currently has a habeas corpus action pending before the Court in Civil

Action No. 1:14-CV-2298-WSD.  Construing Plaintiff's August 15, 2014, letter as a challenge to Plaintiff's current confinement, the Magistrate Judge recommended that this action should be administratively closed and filed as an amendment in Civil Action No. 1:14-CV-2298-WSD.  Plaintiff did not object to the Final R&R, and the Court finds no plain error in the Magistrate Judge's findings and recommendation.

Accordingly, for the foregoing reasons,

**IT IS HEREBY ORDERED** that Magistrate Judge Justin S. Anand's Final R&R is **ADOPTED**, and the Clerk is **DIRECTED** to docket Plaintiff's letter [1] in Civil Action No. 1:14-CV-2298-WSD, and Administratively **CLOSE** this case.

**SO ORDERED** this 18th day of November, 2014.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

2